UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## MEMORANDUM

| | | | |
|---|---|---|---|
| Case No. | 2:15-cv-02498-DSF-MRW | Date | May 12, 2015 |
| Title | Robert K. Smith v. Nationstar Mortgage LLC, et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order DENYING Plaintiff's Motion for Remand (Dkt. No. 7)[1]

For the reasons stated in the Opposition, the Motion to Remand is denied.

---

[1] The Court deems this matter appropriate for decision without oral argument. See Fed. R. Civ. P. 78; Local Rule 7-15. The hearing set for May 18, 2015 is removed from the Court's calendar.